UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SONJA GRIFFIN-ROBINSON,<br><br>                      Plaintiff,<br><br>-against-<br><br>NEW YORK CITY HEALTH AND HOSPITALS; MITCHELL KATZ, PRESIDENT AND CEO; LISE WILSON, SOCIAL WORKER; RONALD COBB, MD; CHRISTOPHER PENA, MD,<br><br>                      Defendants. | 21-CV-4881 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued July 6, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court declines to exercise supplemental jurisdiction over any state law claims Plaintiff may be asserting. 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:    July 6, 2021
             New York, New York

                                                          /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                     Chief United States District Judge